**Dismiss and Opinion Filed June 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00758-CR

### TORI REED MCFARLAND, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1
Grayson County, Texas
Trial Court Cause No. 2012-1-0909**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant, who is representing herself in the appeal, has filed a motion to dismiss the appeal. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130758F.U05